BC  FILED 1/16/2025 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT  LJ

Khor Chin Lim
4048 Ingram Drive,
Janesville, WI 53546
Tel. : 608-566-4695
Email: kclim478@aol.com
Pro Se Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| Khor Chin Lim, <br> Plaintiff, <br> vs. <br> New York State Board of Law Examiners, et al <br> AND does 1 through 18. <br> Defendants | Case No.: 25-CV-0521 <br><br> NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE |
|---|---|

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff Khor Chin Lim voluntarily dismisses, without prejudice, the above-entitled action against all the Defendants.

This notice of dismissal is being filed with the Court before service by the Defendant of either an answer or a motion for summary judgment.

Dated: 1/16/2025  /s/ Khor Chin Lim
-----------------------------------------
Khor Chin Lim, Pro Se Plaintiff

1
Notice of Voluntary Dismissal, Without Prejudice

## CERTIFICATE OF SERVICE

The undersigned certifies that, there is/are no defendant(s), attorneys of record of defendants or any other parties to be served.

Dated : 1/16/2025                                             /s/      Khor Chin Lim

                                                                          ------------------------------------------------

                                                                          Khor Chin Lim, Pro Se Plaintiff